IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:15-cr-00216-AA |
| Plaintiff, | ORDER APPOINTING COUNSEL |
| v. | |
| MATTHEW LEWIS MURDOCK, | |
| Defendant. | |

IT IS ORDERED that Marc Friedman is appointed (effective May 3, 2017) as counsel for MATTHEW LEWIS MURDOCK, pursuant to the provisions of 18 U.S.C. § 3006A.

DATED this 10th day of May, 2017.

_____
Honorable Jolie A. Russo
United States Magistrate Judge

PRESENTED BY:

_____
Lisa C. Hay
Federal Public Defender

ORDER APPOINTING COUNSEL